IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Dana Thomas

Plaintiff,

v. Civil Action No. 1:25-cv-01879

The Pettiest Officer Organization, LLC el al.

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| (Party/Intervenor) | (Citizenship) |
| --- | --- |
| Brett Michael Carrier | Massachusetts |
| The Pettiest Officer Organization, LLC | Massachusetts, New Jersey, Maryland |
| | |

3/12/2026
Date

Signature of Attorney or Litigant
Counsel for Defendants